APRIL 22, 1988

No. 87–1413. GONDA *v.* FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 53.

No. 86–1786. UNITED METAL PRODUCTS CORP. *v.* NATIONAL BANK OF DETROIT. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 53.

APRIL 25, 1988

No. 86–648. WISCONSIN DEPARTMENT OF HEALTH AND SOCIAL SERVICES *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 7th Cir. [Certiorari granted, 479 U. S. 1053.] Writ of certiorari dismissed under this Court's Rule 53.

No. 87–1117. CITY OF MANASSAS, VIRGINIA, ET AL. *v.* UNITED STATES. Affirmed on appeal from C. A. 4th Cir.

No. 87–1462. ROGERS *v.* CITY OF CHEYENNE. Appeal from Sup. Ct. Wyo. dismissed for want of substantial federal question.

No. 87–1463. BROWN *v.* BROWN & ROOT U. S. A. INC. ET AL. Appeal from C. A. 5th Cir. Motion of appellant for a free white Christian male bench denied. Appeal dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.